IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

PHILIP QUINTON-COX,　　　　　　　　3:12-cv-01707-BR

　　　　　　　　　　　　　　　　　　　JUDGMENT
　　　　Plaintiff,　　　　　　　　　　　OF DISMISSAL

v.

PATTERSON DENTAL SUPPLY, INC.,

　　　　Defendant.

Based upon the filing of a Stipulated Motion for Dismissal with Prejudice and Without Fees and Costs (#10), this matter is hereby **DISMISSED with prejudice** and without fees or costs to either party.

Dated this 6th day of May, 2013.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANNA J. BROWN
　　　　　　　　　　　　　　　　　　　United States District Judge

JUDGMENT OF DISMISSAL