IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PHILIP QUINTON-COX, | 3:12-cv-01707-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| PATTERSON DENTAL SUPPLY, INC., | |
| Defendant. | |

Based upon the filing of a Stipulated Motion for Dismissal with Prejudice and Without Fees and Costs (#10), this matter is hereby **DISMISSED with prejudice** and without fees or costs to either party.

Dated this 6th day of May, 2013.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL